UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN DEWANE CAMPODONICA,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation,<br><br>    Respondent.<br>_____/ | No. C 10-297 MHP (pr)<br><br>**ORDER** |

In an order to show cause filed May 12, 2010, the court directed respondent to file his answer by August 6, 2010 and petitioner to file his traverse by September 10, 2010. Respondent timely filed his answer. On August 19, 2010, petitioner sent to the court a letter stating he had been moved to a new prison (CSP-Solano) on August 3, 2010, and had not received anything after the order to show cause. It appears that the answer and supporting documents sent to petitioner did not reach him due to his change of address. Accordingly, the court will order a new copy sent to him and extend petitioner's deadline as follows:

    1. No later than **September 3, 2010**, respondent must mail to petitioner <u>at CSP-Solano</u> another copy of the answer to the petition and all supporting documents filed by respondent.

    2. No later than **October 8, 2010**, petitioner must his traverse and mail a copy of it to respondent's counsel.

    IT IS SO ORDERED.

DATED: August 25, 2010

                                                                                     _____<br>
                                                                                    Marilyn Hall Patel<br>
                                                                                    United States District Judge