UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAREN DEWANE CAMPODONICA, | No. C 10-297 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| MATTHEW CATE, Secretary of California Department of Corrections and Rehabilitation, | |
| Respondent. | |

Petitioner's request for an extension of time to file his traverse is GRANTED. (Docket # 11.)  No later than **December 10, 2010**, petitioner must his traverse and mail a copy of it to respondent's counsel.

IT IS SO ORDERED.

DATED: November 4, 2010

_____
Marilyn Hall Patel
United States District Judge