UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAREN DEWANE CAMPODONICA,

    Petitioner,

    v.

MATTHEW CATE, *et al.*,

    Defendants.

No. C-10-0297 EMC

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

**(Docket No. 21)**

    This closed federal habeas action is currently on appeal. Petitioner has filed a motion to alter or amend the judgment, which the Court construes as containing a motion for reconsideration (Docket No. 21).

    The motion is denied. Petitioner's motion contains no showing of newly- discovered evidence, or that the Court committed clear error or made an initial decision that was manifestly unjust, or that there was an intervening change in controlling law. *See* Fed. R. Civ. P. 59(e); *United Nat. Ins. Co. v. Spectrum Worldwide, Inc.*, 555 F.3d 772, 779 (9th Cir. 2009) (quoting *Zimmerman v. City of Oakland*, 255 F.3d 734, 740 (9th Cir. 2001)). Nor does the motion contain a showing of newly-discovered evidence, nor does it set forth any mistake, inadvertence, surprise, excusable neglect, fraud by the adverse party, or voiding of the judgment; Petitioner offers no other reason

///

///

///

///

justifying relief. *See* Fed. R. Civ. P. 60(b); *School Dist. 1J v. ACandS Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Accordingly, the motion for reconsideration is hereby **DENIED**.

The Clerk shall terminate Docket No. 21.

IT IS SO ORDERED.

Dated: January 29, 2013

_____
EDWARD M. CHEN
United States District Judge